JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| LOUIS GUTIERREZ<br><br>Plaintiff,<br><br>vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al.<br>Defendants. | Case No.: 2:24-cv-06677-AB-BFM<br><br>[**PROPOSED**] ORDER OF DISMISSAL |

Pursuant to the parties' stipulation, Equifax Information Services, LLC is **DISMISSED WITH PREJUDICE**. Each party to bear their own fees and costs.

As of this Order, all defendants are dismissed. Accordingly, the Court **ORDERS** that the case is dismissed in its entirety and **CLOSED**.

**IT IS SO ORDERED.**

DATED: December 16, 2024

_____
Hon. André Birotte Jr.
UNITED STATES DISTRICT JUDGE

1